1

2

3

4              IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                   FOR THE COUNTY OF MULTNOMAH

6
STEVEN HOLT, an individual, and TRY           Case No.
7   EXCELLENCE, LLC., an Oregon Domestic
limited liability company,                    COMPLAINT
8                                              (DEFAMATION)
                                              (FALSE LIGHT INVASION OF
9              Plaintiffs,                      PRIVACY)
       v.                                     (INTENTIONAL INTERFERENCE
10                                             WITH ECONOMIC RELATIONS)
THE URBAN LEAGUE OF PORTLAND,
11   INC., an Oregon Domestic non-profit
corporation; NKENGE HARMON-JOHNSON,           Claimed Amount: $7,000,000.00
12   individually and as President and CEO of THE
URBAN LEAGUE OF PORTLAND, INC.;              Fee: $884.00
13   MICHAEL LEWELLEN, individually and as       Fee Authority Pursuant
Board Chairman of THE URBAN LEAGUE OF        to ORS 21.160(1)(d)
14   PORTLAND, INC.; KARIS STOUDAMIRE-
PHILLIPS, individually and as a Board Member    (Claims Not Subject to
15   of THE URBAN LEAGUE OF PORTLAND,           Mandatory Arbitration)
INC.; JAMES MASON, individually and as a
16   Board Member of THE URBAN LEAGUE OF
PORTLAND, INC.; SEAN MURRAY,
17   individually and as a Board Member of THE
URBAN LEAGUE OF PORTLAND, INC.;
18   NATIONAL URBAN LEAGUE, INC., a New
York Domestic not-for-profit corporation;
19   MARC MORIAL, individually and as President
and CEO of NATIONAL URBAN LEAGUE,
20   INC.; and TINA PIZZIMENTI, individually and
as the Chief of Staff to CEO Defendant Morial
21   of Defendant NATIONAL URBAN LEAGUE,

22              Defendants.

23

24

25   ///

26   ///

27
28                                             Cauble & Whittington, LLP
                                              Attorneys At Law
COMPLAINT – (DEFAMATION) (FALSE LIGHT INVASION OF PRIVACY)    111 SE Sixth Street PO Box 398
(INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS) - Page 1   Grants Pass, OR 97528
                                              541-476-8825 Fax 541-471-1704
                                              ccauble@thecaublefirm.com

1

2        Comes now Plaintiffs and allege as follows:

3                                    1.

4        Dr. Steven Holt (Hereinafter: "Plaintiff Holt") is the owner, manager and registered agent

5   of Try Excellence, LLC., an Oregon registered Domestic limited liability company (Hereinafter:

6   "Plaintiff Try Excellence") with its principal place of business located at 4485 A1 NE Rodney

7   St. in Portland, Oregon 97211.

8                                    2.

9        The Urban League of Portland, Inc., is an Oregon registered Domestic nonprofit

10  corporation (Hereinafter: "Defendant ULP" or collectively with all other not-for-profit or non-

11  profit "corporation" defendants as "Defendants Corporations") with its primary place of business

12  located at 10 N. Russell St. in Portland, OR 97227.

13                                   3.

14       Nkenge Harmon-Johnson (Hereinafter: "Defendant Harmon-Johnson" or collectively

15  with all other "an individual" Defendant parties as "Defendants Individuals") is the President and

16  CEO of Defendant ULP and operates primarily out of the main ULP office located at 10 N.

17  Russell St. in Portland, OR 97227.

18                                   4.

19       Michael Lewellen, APR (Hereinafter: "Defendant Lewellen" or collectively with all other

20  "an individual" Defendant parties as "Defendants Individuals") is the Board Chairman of

21  Defendant ULP and operates primarily out of the main ULP office located at 10 N. Russell St. in

22  Portland, OR 97227.

23                                   5.

24       Karis Stoudamire-Phillips (Hereinafter: "Defendant Stoudamire-Phillips" or collectively

25  with all other "an individual" Defendant parties as "Defendants Individuals") is a Board Member

26

27

28

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

1
2    of Defendant ULP and operates primarily out of the main ULP office located at 10 N. Russell St.
3    in Portland, OR 97227.

4                                    6.

5        Dr. James Mason, PhD. (Hereinafter: "Defendant Mason" or collectively with all other
6    "an individual" Defendant parties as "Defendants Individuals") is a Board Member of Defendant
7    ULP and operates primarily out of the main ULP office located at 10 N. Russell St. in Portland,
8    OR 97227.

9                                    7.

10       Sean Murray (Hereinafter: "Defendant Murray" or collectively with all other "an
11   individual" Defendant parties as "Defendants Individuals") is a Board Member of Defendant
12   ULP and operates primarily out of the main ULP office located at 10 N. Russell St. in Portland,
13   OR 97227.

14                                   8.

15       The National Urban League, Inc., is a New York State registered Domestic not-for-profit
16   corporation with its primary place of business located at 80 Pine Street., 9th Floor in New York,
17   NY 10005 (Hereinafter: "Defendant NUL" or collectively with all other not-for-profit or non-
18   profit "corporation" defendants as "Defendants Corporations").

19                                   9.

20       Marc Morial (Hereinafter: "Defendant Morial" or collectively with all other "an
21   individual" Defendant parties as "Defendants Individuals") is the President and CEO of
22   Defendant NUL. Defendant Morial operates primarily out of the principal NUL office in New
23   York, NY.

24   ///
25   ///
26   ///
27
28

COMPLAINT – (DEFAMATION) (FALSE LIGHT INVASION OF PRIVACY)
(INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS) - Page 3

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

10.

Tina Pizzimenti (Hereinafter: "Defendant Pizzimenti" or collectively with all other Defendant parties as "Defendants") is the Chief of Staff to CEO Defendant Morial of Defendant NUL. Defendant Pizzimenti operates primarily out of the principal NUL office.

11.

Venue and jurisdiction are proper in Multnomah County, Oregon because the vast majority of events which gave rise to this action occurred in Multnomah County, and the vast majority of Defendants Individuals party in this action; one half of Defendants Corporations; and Plaintiff Try Excellence conduct their business within Multnomah County, Oregon.

12.

Plaintiff Holt, by and through Plaintiff Try Excellence, has engaged in public speaking and other community engagement events in which Defendant ULP and Defendant NUL, as well as Defendants in their individual capacities and/or in their respective capacities as officers, board members or agents acting on behalf of Defendant ULP and Defendant NUL have also been participants, speakers and facilitators.

13.

Plaintiff Holt has been building Plaintiff Try Excellence's reputation and connections in individual, company, corporation, and governmental agency spheres for over 7 years. Plaintiff Holt's reputation and that of his business Plaintiff Try Excellence are intrinsically intertwined and have been since the business was established in, on or about February of 2015.

14.

Defendants Individuals, acting as individuals and/or in their respective capacities as officers, board members or agents of their respective organizations, Defendants Corporations, and collectively Defendants have falsely claimed that there are allegations of "harassment"

COMPLAINT – (DEFAMATION) (FALSE LIGHT INVASION OF PRIVACY)
(INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS) - Page 4

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

Exhibit 1,
Page 4 of 24

1

2  against Dr. Holt and that if he were to participate in certain events, there would be

3  "demonstrations" against his company. The statements concerning "harassment" were and are

4  meant to convey to 3rd parties that the plaintiff has sexually harassed individuals. These

5  statements are categorically false and defamatory.

6                                                  15.

7

8  The above statements were  made and published by the defendants in this matter, in their

9  induvial capacities and as agents of the National Urban League who are employees and directors

10 of the Urban League have made and published to 3rd parties, including but not limited to Jeff

11 Moreland (who is not a party to this action), and derogatory claims have cast aspersions on

12 Plaintiff Holt's good reputation with the community and have substantially interfered with his

13 professional pursuits and business endeavors. These baseless allegations were spread with the

14 intent of causing harm to the reputations of Plaintiff Holt and Plaintiff Try Excellence, and such

15 allegations continue to circulate and spread throughout Plaintiff Holt's professional and personal

16 communities, causing ongoing harm to Plaintiffs' reputation and business.

17                                                  16.

18 Plaintiff Holt's professional life includes working as a speaker, moderator, facilitator, and

19 minister. Plaintiff Holt is an active member in a number of community organizations,

20 committees, and projects which have been negatively affected and/or threatened by the baseless

21 rumors and insinuations against Plaintiff Holt and Plaintiff Try Excellence. As a result of the

22 actions of Defendants Individuals, Defendants Corporations, and collectively Defendant parties'

23 agents or employees as described in this Complaint, Plaintiff Holt's position and standing within

24 such organizations, committees, and programs are threatened in the following particulars:

25

26       a.   Plaintiff Holt is the chair of the "N/NE Neighborhood Strategies Oversight

27            Committee" for the City of Portland that reports to the City of Portland Housing

28

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

COMPLAINT – (DEFAMATION) (FALSE LIGHT INVASION OF PRIVACY)
(INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS) - Page 5

1

2    Bureau. Plaintiff Holt has held this position as chair for the past 7 years.  Plaintiff

3    Holt's professional standing and engagement in this is threatened by the false

4    rumors and allegations a being circulated.

5    b.  Plaintiff Holt is the practicing lead pastor at the Kingdom Nation Church. Persons

6        holding positions of leadership within religious organizations are expected to

7        uphold high ethical and moral standards.  Plaintiff Holt's professional standing

8        and engagement in this is threatened by the false rumors and allegations a being

9        circulated.

10   c.  Plaintiff Holt is the National Director of Equity, Diversity and Inclusion for Color

11       Free America, an organization dedicated to promoting an equitable approach to

12       law enforcement, community engagement and political responsibility. Plaintiff

13       Holt currently holds the position of National Director of Equity, Diversity and

14       Inclusion. Plaintiff Holt's professional standing and engagement in this is

15       threatened by the false rumors and allegations a being circulated.  The reputation

16       and credibility of the organization is likewise threatened by these allegations.

17   d.  Plaintiff Holt works as a council member for the New Era Apostleship

18       Restitution, which is a ministry training organization. Persons holding positions of

19       leadership within religious organizations are expected to uphold high ethical and

20       moral standards.  Plaintiff Holt's professional standing and engagement in this is

21       threatened by the false rumors and allegations a being circulated.  The reputation

22       and credibility of the organization is likewise threatened by these allegations.

23   e.  Plaintiff Holt is additionally a trustee of Price University school of Ministry.

24       Persons holding positions of leadership within religious organizations are

25       expected to uphold high ethical and moral standards.  Plaintiff Holt's professional

26       standing and engagement in this is threatened by the false rumors and allegations

27

28

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

COMPLAINT – (DEFAMATION) (FALSE LIGHT INVASION OF PRIVACY)
(INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS) - Page 6

1
2     a being circulated.  The reputation and credibility of the organization is likewise
3     threatened by these allegations.

4                                    17.

5
6     Plaintiff has previously served in multiple community engagement organizations over the
7     course of many years and worked on various projects, the reputation and continual progression
8     of which may also face negative repercussions stemming from the defamation of a former
9     member, particularly one who held a leadership role:

10        a.   Plaintiff Holt has previously served as a Field Representative for the international
11             men's ministry "Promise Keepers". Persons holding positions of leadership within
12             religious organizations are expected to uphold high ethical and moral standards.
13             Unwarranted damage to Plaintiff Holt's reputation may reflect poorly on the
14             reputation of this organization and potentially impede Plaintiff's ability for
15             meaningful engagement with or leadership in similar organizations and initiatives
16             in the future.

17        b.   Plaintiff Holt has worked with the City of Gresham on community stabilization
18             for displaced individuals, including focused strategies to assist the African
19             American community. Plaintiff Holt was specifically the Equity Consultant to the
20             City Manager and Deputy City Manager of Gresham Oregon for 4 years. He was
21             also the equity consultant to the Gresham Police Department. Unwarranted
22             damage to Plaintiff Holt's reputation may reflect poorly on the initiatives these
23             initiatives and the potentially harm the interests of the communities he served and
24             potentially impede Plaintiff's ability for meaningful engagement with or
25             leadership in similar organizations and initiatives in the future.

26
27
28

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

COMPLAINT – (DEFAMATION) (FALSE LIGHT INVASION OF PRIVACY)
(INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS) - Page 7

c.  Plaintiff Holt has also undertaken important mentorship roles, including as a founding member the Fresh Wind/11:45 Movement, which focused on youth mentorship and gang intervention, and as a college professor at Warner Pacific College.  Unwarranted damage to Plaintiff Holt's reputation may reflect poorly on his mentorship roles and potentially impede Plaintiff's ability for meaningful engagement with or leadership in similar organizations and initiatives in the future.

18.

Plaintiff Holt's standing in the community is tightly interwoven with his professional endeavors due to the nature of his work. Plaintiff Holt has built an outstanding professional reputation and successful business by not only promoting but living by his deeply held beliefs in the importance of human connection and vibrant engagement, particularly in the areas of diversity, equity and inclusion. Plaintiff Holt's reputation for integrity impacts not only his professional business Plaintiff Try Excellence, but his personal reputation in the community.

19.

Plaintiff Holt's personal reputation has been negatively impacted as a direct and proximate result of Defendants Individuals, acting as individuals and/or in their respective capacities as officers, board members or agents of their respective organizations, Defendants Corporations, and collectively Defendants' intentional actions and/or calculated inactions regarding the circulation of untrue allegations and rumors about Plaintiff Holt, causing Plaintiff Holt, both professionally and personally, and Plaintiff Try Excellence to be irreparably damaged.

20.

Plaintiff Holt was made aware of the "harassment" allegations against him in early March 2022 via a phone call from an individual who is not a party to this action. Plaintiff Holt was

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

COMPLAINT – (DEFAMATION) (FALSE LIGHT INVASION OF PRIVACY)
(INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS) - Page 8

1
2  asked to explain the "harassment" situation with Defendant ULP and Defendant NUL, because
3  Plaintiff Holt was being tasked with the facilitation of outreach strategy for the Construction
4  Management and General Contracting work of the I-5 Rose Quarter Project for Raimore
5  Construction. Plaintiff Holt could not tell this individual about the allegations against him, as he
6  had never been informed of any such allegation.

7                   21.

8       Plaintiff Holt was scheduled to act as a facilitator and moderator on March 25, 2022, at
9  the high-profile Raimore Construction and Sundt Group "Lunch and Learn", to appear in tandem
10  with Defendant Morial.

11                 22.

12       Plaintiff Holt subsequently also was made aware that Defendant Harmon Johnson of
13  Defendant ULP, acting either in their individual capacity and/or in their representative capacity
14  on behalf of Defendant UPL, had communicated to Defendant NUL's office that not only was
15  Plaintiff Holt accused of "harassment", but additionally that Plaintiff Holt should not be allowed
16  on the premises of Defendant ULP.  No information regarding this ban or the harassment
17  allegations was directly communicated to Plaintiff Holt by any Defendant; rather, Plaintiff Holt
18  was made aware through communication from a third party, who is not party to this action.

19                 23.

20       Upon information and belief, Plaintiff Holt's removal from this event occurred as a direct
21  result of the defamatory statements alleged above made and published  by Defendant Harmon-
22  Johnson, acting either in her individual capacity and/or in their representative capacity on behalf
23  of Defendant UPL as President and CEO of Defendant ULP, to the office of Defendant Morial,
24  acting either in their individual capacity and/or in their representative capacity on behalf of
25  Defendant NUL as President and CEO of Defendant NUL.

26  ///

27
28

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

COMPLAINT – (DEFAMATION) (FALSE LIGHT INVASION OF PRIVACY)
(INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS) - Page 9

1

2                                          24.

3          Plaintiff Holt was made aware on or about March 9, 2022, in an email from Defendant

4    Pizzimenti that that the reason for such cancellation was Defendant Morial, who was intended to

5    be a key-speaker at such event, pulled out of the event upon learning Plaintiff Holt would be

6    acting as facilitator and moderator, and cited Plaintiff Holts' alleged harassment allegations as

7    reason for such recission. Unbeknownst to Plaintiff Holt at the time, upon information and belief,

8    it was further communicated by Defendant Harmon-Johnson through Defendant ULP to event

9    coordinators that should the event continue with Plaintiff Holt's involvement, Defendant ULP

10   would openly protest the event.

11                                         25.

12         As a direct and proximate result of the actions of Defendants Individuals, acting as

13   individuals and/or in their respective capacities as officers, board members or agents of their

14   respective organizations, Defendants Corporations, and collectively Defendants, Plaintiff Holt

15   has suffered removal from and/or cancellation of multiple event which he was invited to attend

16   in some capacity.

17                                         26.

18         An activist organization threatening to protest an event moderator is objectively extreme,

19   particularly where, as here, the allegations remain undisclosed to the facilitator and moderator,

20   Dr. Holt, and all involved purportedly share substantially similar goals and have collaborated on

21   joint events in the past.  This threat is irreparably damaging to Plaintiff Holt's professional

22   reputation and the reputation of Plaintiff Try Excellence, as well as Plaintiff Holt's personal

23   reputation due to the nature of the baseless allegation circulating within and among the

24   communities Plaintiff Holt is engaged with.

25   ///

26   ///

27

28
     COMPLAINT – (DEFAMATION) (FALSE LIGHT INVASION OF PRIVACY)
     (INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS) - Page 10

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

27.

Following the circulation of these false allegations and rumors, Plaintiff Holt has been removed from various events and speaking engagements without explanation, and Plaintiff Try Excellence has loss of revenue and business opportunities. These rumors and false allegations which continue to spread and cause further long-term damage to both his personal and professional life and his company.

28.

Defendants Individuals, acting as individuals and/or in their respective capacities as officers, board members or agents of their respective organizations, Defendants Corporations, and collectively Defendants have allowed and actively contributed to the defamation of Plaintiff Holt as influential non-profit and/or not-for-profit organizations holding significant status throughout Plaintiff Holt's personal and professional communities. Defendants Corporations, through which Defendants Individuals, acting in their individual capacity and/or in their respective capacities as officers, board members or agents of Defendants Corporations and collectively Defendants spread untrue allegations and unfounded rumors regarding Plaintiff Holt. Allowing these rumors to spread by and through their Board Members has contributed to the damage to Plaintiff Holt's reputation.

29.

Plaintiff Holt has no personal knowledge of any purported harassment, nor the substance of any other allegations disseminated by Defendants Individuals, acting as individuals and/or in their respective capacities as officers, board members or agents of their respective organizations, Defendants Corporations, and collectively Defendants. Yet Plaintiff Holt, personally and professionally, and Plaintiff Try Excellence continue to be harmed as a result of these unfounded allegations and rumors. Plaintiff Holt and Plaintiff Try Excellence have lost significant business

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

opportunities and contracts as described in herein, on the basis of the entirely false rumors being circulated claiming Plaintiff Holt "harasses" people.

30.

Neither Defendants Individuals, acting as individuals and/or in their respective capacities as officers, board members or agents of their respective organizations, nor Defendants Corporations, collectively Defendants, have disclosed to Plaintiff Holt any specific concerns or reasoning for spreading such defamatory and outlandish rumors.

31.

Defendants Individuals, acting as individuals and/or in their respective capacities as officers, board members or agents of their respective non-profit or not-for-profit organizations, are not protected from liability as officers, board members or agents of their respective organizations because their actions were intentional, malicious and non-negligent, and intended to cause irreparable harm to Plaintiffs.

FIRST CLAIM FOR RELIEF

(DEFAMATION)

32.

Plaintiffs re-allege paragraphs 1-31 and any and all subsections as if fully stated herein.

33.

Defendants Individuals, acting as individuals and/or in their respective capacities as officers, board members or agents of their respective organizations, Defendants Corporations, and collectively Defendants willfully, intentionally and knowingly have engaged in the defamation of both Plaintiff Holt and Plaintiff Try Excellence. The statements, as alleged above, are that Dr. Holt has engaged in harassment of individuals and that if the event described in this

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

1

2    complaint were to occur, the Urban League or other community individuals would protest the

3    event.

4                                        34.

5           Defendants Individuals, acting as individuals and/or in their respective capacities as

6    officers, board members or agents of their respective organizations, Defendants Corporations,

7    and collectively Defendants have further specifically engaged in defamation of Plaintiff Holt and

8    Plaintiff Try Excellence by intentionally communicating unfounded statements or claims that

9    cast Plaintiff Holt and Plaintiff Try Excellence in a negative light and/or allegations which are

10   defamatory per se. Defendants have refused to recant or withdraw these statements after having

11   been notified in writing by counsel for the plaintiffs of the statements and the demand that they

12   be retracted.

13                                       35.

14          As a direct and proximate result of Defendants Individuals, Defendants Corporations, and

15   collectively Defendant parties' agents or employees willful and knowledgeable engagement in

16   the defamation of Plaintiff Holt and Plaintiff Try Excellence, Plaintiff Holt has suffered in the

17   amount of $2,000,000.00 in economic damages and $5,000,000.00 for emotional and mental

18   distress directly arising from reputational damages suffered as a result of those defamatory

19   actions.

20                          SECOND CLAIM FOR RELIEF

21                       (FALSE LIGHT INVASION OF PRIVACY)

22                                       36.

23          Plaintiffs re-allege paragraphs 1-35 and any and all subsections as if fully stated herein.

24                                       37.

25          The harassment allegations and rumors against Plaintiff Holt are false, malicious, and

26   untrue.

27

28

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

1

2                                          38.

3          Upon information and belief, the nature of the assertions would be highly offensive to a

4    reasonable person.

5                                          39.

6          Defendants Individuals, acting as individuals and/or in their respective capacities as

7    officers, board members or agents of their respective organizations, Defendants Corporations,

8    and collectively Defendants acted with knowledge of the falsity or reckless disregard for the

9    truth of the assertions being promulgated publicly against Plaintiff Holt and Plaintiff Try

10   Excellence LLC.

11                                         40.

12         Defendants Individuals, acting as individuals and/or in their respective capacities as

13   officers, board members or agents of their respective organizations, employed the influence and

14   wide-reach of Defendants Corporations to give the false allegations and rumors traction within

15   Plaintiff Holt's personal and professional communities, causing these rumors to reach the public

16   and the large number of people within Plaintiff Holt's personal and professional communities,

17   which intersects with Plaintiff Try Excellence LLC's business community.

18                                         41.

19         The false light in which Plaintiffs have been cast would be considered highly offensive to

20   a reasonable person, particularly given the secular and faith-based leadership roles Dr. Holt

21   serves within his community.  The communities within which Plaintiff Holt, Defendants

22   Individuals, and Defendants Corporations interact and do business focuses heavily on

23   community engagement with social justice and equity-centered initiatives.

24                                         42.

25         At all relevant times, it has been reasonably foreseeable that harassment allegations

26   against Plaintiff Holt would be received in a highly negative way by the communities within

27

28

COMPLAINT – (DEFAMATION) (FALSE LIGHT INVASION OF PRIVACY)
(INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS) - Page 14

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

Exhibit 1,
Page 14 of 24

1
2   which Plaintiff Holt and Plaintiff Try Excellence engage both professionally and personally.

3   Defendants Individuals, acting as individuals and/or in their respective capacities as officers,

4   board members or agents of their respective organizations, Defendants Corporations, and

5   collectively Defendants knew that Plaintiff is reasonably justified in being seriously offended

6   and aggrieved by this publicity.

7                                             43.

8          Defendants Individuals, acting as individuals and/or in their respective capacities as

9   officers, board members or agents of their respective organizations, Defendants Corporations,

10  and collectively Defendants have cast Plaintiffs in a false light, causing significant, on-going

11  damages through their unrelenting and extreme misrepresentations about, allegations against and

12  defamation of Plaintiff Holt's character constituting invasion of privacy via false light.

13                                            44.

14         As a direct and proximate result of Defendants Individuals, acting as individuals and/or in

15  their respective capacities as officers, board members or agents of their respective organizations,

16  Defendants Corporations, and collectively Defendants irreparable invasion of Plaintiff Holts

17  privacy and Plaintiff Try Excellences' privacy, through the negative casting of both Plaintiff Holt

18  and Plaintiff Try Excellence in a false light, both Plaintiffs have suffered irreparable harm and

19  Plaintiff Holt has suffered emotional distress.  As a direct and proximate result of the emotional

20  and mental suffering Plaintiff Holt has endured, Plaintiff Holt has suffered economic damages in

21  the amount of $2,000,000.00 and non-economic damages in the amount of $5,000,000.00, or an

22  amount to be proven at trial.

23                         THIRD CLAIM FOR RELIEF

24               (INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS)

25                                            45.

26         Plaintiffs re-allege paragraphs 1-44 and any and all subsections as if fully stated herein.

27
28
Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

COMPLAINT – (DEFAMATION) (FALSE LIGHT INVASION OF PRIVACY)
(INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS) - Page 15

1

2                                          46.

3          Defendants Individuals, acting as individuals and/or in their respective capacities as

4    officers, board members or agents on behalf of their respective organizations, Defendants

5    Corporations, and collectively Defendants and Defendants Corporations have interfered with

6    Plaintiff Holt and Plaintiff Try Excellence regarding their professional activities in the following

7    particulars:

8          a.    Defendants Individuals, acting as individuals and/or in their respective capacities

9                as officers, board members or agents of their respective organizations, Defendants

10               Corporations, and collectively Defendants have engaged in, encouraged or

11               directed collectively Defendant parties' agents or employees to engage in, support

12               and/or otherwise further the defamation of Plaintiff Holt and Plaintiff Try

13               Excellence as well as the spreading of untrue allegations against them. This

14               interference has adversely impacted Plaintiff Holt's and Plaintiff Try Excellence's

15               advantageous economic relationships, including impeding acquisition of new

16               business ventures and continuation of existing business relationships with existing

17               and prospective business associates, companies, associations, and communities;

18         b.    Defendants Individuals, acting as individuals and/or in their respective capacities

19               as officers, board members or agents of their respective organizations, Defendants

20               Corporations, and collectively Defendants have publicly threatened to boycott and

21               protest a high-profile Raimore Construction and Sundt Group "Lunch and Learn"

22               event if Plaintiff Holt and Plaintiff Try Excellence, a confirmed participant and

23               facilitator, attended;

24         c.    Defendants Individuals, acting as individuals and/or in their respective capacities

25               as officers, board members or agents of their respective organizations, Defendants

26

27

28

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

COMPLAINT – (DEFAMATION) (FALSE LIGHT INVASION OF PRIVACY)
(INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS) - Page 16

Corporations, and collectively Defendants have forced the cancellation of events and Plaintiff Holt's paid engagements at such without cause;

d. Defendants Individuals, acting as individuals and/or in their respective capacities as officers, board members or agents of their respective organizations, Defendants Corporations, and collectively Defendants have invaded Plaintiff Holt and Plaintiff Try Excellence's privacy to paint them in a false light which has directly and indirectly prevented Plaintiff Holt and Plaintiff Try Excellence from continuing and resuming business with multiple prospective and confirmed business associates and companies, associations, and communities.

e. Defendants Individuals, acting as individuals and/or in their respective capacities as officers, board members or agents of their respective organizations, Defendants Corporations, and collectively Defendants have negatively impacted Plaintiff Holt and Plaintiff Try Excellence's public image and standing in the professional industries and communities in which Plaintiff Holt and Plaintiff Try Excellence are regularly engaged in and reliant upon for business.

47.

Defendants Individuals, acting as individuals and/or in their respective capacities as officers, board members or agents of their respective organizations, Defendants Corporations, and collectively Defendants interference with Plaintiff Holt and Plaintiff Try Excellence as described in this Complaint have directly and indirectly prevented Plaintiff Holt and Plaintiff Try Excellence from continuing and resuming business with multiple prospective and confirmed business associates and companies, associations, and communities in the following particulars:

a. Removal of Plaintiff Holt and Plaintiff Try Excellence, collectively and individually, from consideration or outright cancellation of current and future paid facilitation and mentoring engagements following Defendants Individuals and Defendants Corporations

COMPLAINT – (DEFAMATION) (FALSE LIGHT INVASION OF PRIVACY) (INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS) - Page 17

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

1

2   interference, including but not limited to the cancellation of the high-profile Raimore

3   Construction and Sundt Group "Lunch and Learn" event scheduled for March 25, 2022

4   which was intended to pay to Plaintiff Holt a total of $5,000.00 for his participation;

5   b.   Hinderance of Plaintiff Holt's participation in the various committees and organizations

6   he was involved in prior to Defendants Individuals, acting as individuals and/or in their

7   respective capacities as officers, board members or agents of their respective

8   organizations, Defendants Corporations, and collectively Defendants' interference;

9   c.   Hinderance of Plaintiff Try Excellence's participation in the various committees and

10   organizations he was involved in prior to Defendants Individuals, acting as individuals

11   and/or in their respective capacities as officers, board members or agents of their

12   respective organizations, Defendants Corporations, and collectively Defendants'

13   interference;

14   d.   Hinderance of Plaintiff Holt's and Plaintiff Try Excellence's service to and engagement

15   with current and prospective business associates.

16   e.   Defendants Individuals, acting as individuals and/or in their respective capacities as

17   officers, board members or agents of their respective organizations, Defendants

18   Corporations, and collectively Defendants' interference with Plaintiff Holt and Plaintiff

19   Try Excellence have induced organizations and individuals to avoid entering contracts for

20   work with Plaintiff Holt and Plaintiff Try Excellence, including but not limited to an

21   adverse action on a bid for a $200,000.00 per year municipal contract for the City of

22   Portland.

23   48.

24

25   Defendants Individuals, acting as individuals and/or in their respective capacities as

26   officers, board members or agents of their respective organizations, Defendants Corporations,

27

28

COMPLAINT – (DEFAMATION) (FALSE LIGHT INVASION OF PRIVACY)
(INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS) - Page 18

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

Exhibit 1,
Page 18 of 24

and collectively Defendants fully aware of their interference with Plaintiff Holt and Plaintiff Try Excellence's business ventures and job performance.

49.

Defendants Individuals, acting as individuals and/or in their respective capacities as officers, board members or agents of their respective organizations, Defendants Corporations, and collectively Defendants lacked any legitimate reason to interfere with Plaintiff Holt or Plaintiff Try Excellence's business ventures and undertook such interference through improper means which were intended to cause and did cause injury to Plaintiff Holt and Plaintiff Try Excellence.

50.

Plaintiff Holt suffered immediate financial impact regarding the loss of the opportunity to facilitate and moderate the conversation with Defendant Morial at the March 25th event in particular, in the amount of $5,000.00 for the cancellation of this contract and other such monetary losses due to lost business opportunities.

51.

In addition, other facilitation/moderation opportunities available to Plaintiff Holt have been lost or delayed because of the untrue accusations against him, causing additional economic harm. It was Plaintiff Holt's business plan to host one facilitation/moderation with an influential person at least every other month for six months and then reevaluate to determine if increasing the frequency would be necessary. The ongoing impact of such is the delayed ability to facilitate ongoing outreach strategy, and the potential removal from this portion of the process results in loss of a multi-year contract that could be worth $200,000.00.

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

1

2                                              52.

3        These defamatory statements and baseless rumors have also directly impacted Plaintiff

4   Holts' ability to secure an equity contract with the City of Portland in the amount of $600,000.00

5   over three years. The indirect ongoing financial impact is associated with the exposure of

6   Plaintiff Try Excellence, LLC and his facilitation capacity and approach as a result of the event

7   that was canceled.

8

9                                              53.

10       As a direct and proximate result of Defendants Individuals, acting as individuals and/or in

11  their respective capacities as officers, board members or agents of their respective organizations,

12  Defendants Corporations, and collectively Defendants' intentional improper interference with

13  Plaintiff Holt's and Plaintiff Try Excellence's economic relations, both collectively and

14  individually, Plaintiff Holt and Plaintiff Try Excellence have been economically damaged in the

15  amount of $2,000,000.00 and non-economic damages in the amount of $5,000,000.00, or an

16  amount to be proven at trial.

17                                             54.

18       Plaintiff Holt has been damaged by Defendants Individuals, acting as individuals and/or

19  in their respective capacities as officers, board members or agents of their respective

20  organizations, Defendants Corporations, and collectively Defendants' tortious conduct, as

21  described in this Complaint. Defendants Individuals, acting as individuals and/or in their

22  respective capacities as officers, board members or agents of their respective organizations,

23  Defendants Corporations, and collectively Defendants by and through their own actions or

24  calculated intentional inactions, have allowed and engaged in blatant tortious conduct against

25  Plaintiff Holt, causing both non-economic and economic damages to Plaintiff Holt on a personal

26  and a professional scale.

27

28

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

COMPLAINT – (DEFAMATION) (FALSE LIGHT INVASION OF PRIVACY)
(INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS) - Page 20

1

2                                          55.

3         Under Oregon's Several Liability Rules, Defendants Individuals and Defendants

4   Corporations are each severally liable for damages to Plaintiff Holt for financial harms and

5   emotional distress, as the actions and calculated intentional inactions reflect a common plan for

6   tortious conduct. Defendants Individuals, acting as individuals and/or in their respective

7   capacities as officers, board members or agents of their respective organizations, Defendants

8   Corporations, and collectively Defendants may be held severally liable for damages.

9                                          56.

10        Defendants Individuals, acting as individuals and/or in their respective capacities as

11  officers, board members or agents of their respective organizations, Defendants Corporations,

12  and collectively Defendants common plan to commit tortious action against Plaintiff Holt is

13  clearly reflected in the following particulars:

14        a.   communications between and among Defendants;

15        b.   the clear failure and/or deliberate choice of Defendants to act without verifying their

16             allegations or communicating their concerns to or with Plaintiff Holt formally or

17             informally, directly or indirectly,

18        c.   the clear failure to make any attempt to investigate or verify the alleged actions of

19             Plaintiff Holt;

20        d.   the refusal to discuss the untrue allegations upon which actions were taken against

21             Plaintiffs;

22        e.   and the promulgation and publicity of baseless rumors circulated by and among

23             Defendant and throughout the professional and personal communities Plaintiff Holt

24             and Plaintiff Try Excellence.

25  ///

26  ///

27

28

COMPLAINT – (DEFAMATION) (FALSE LIGHT INVASION OF PRIVACY)
(INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS) - Page 21

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

1

2                          FOURTH CLAIM FOR RELIEF

3                              (INJUNCTIVE RELIEF)

4                                      57.

5          Plaintiffs re-allege paragraph 1-56 and any and all subsections as if fully stated herein.

6                                      58.

7          Defendants Individuals, acting as individuals and/or in their respective capacities as

8    officers, board members or agents of their respective organizations, Defendants Corporations,

9    and collectively Defendants have committed continuous, malicious and intentional tortious acts

10   against Plaintiffs through defamation of Plaintiffs, invasion of Plaintiff's privacy by false light;

11   and through intentional interference with Plaintiffs economic relations, causing extensive and on-

12   going damage the reputations and livelihood of Plaintiff Holt and Plaintiff Try Excellence.

13                                     59.

14         Based upon this pattern of tortious behaviors committed by Defendants Individuals,

15   acting as individuals and/or in their respective capacities as officers, board members or agents of

16   their respective organizations, Defendants Corporations, and collectively Defendants, if such

17   Defendants are not permanently enjoined from committing further tortious actions against

18   Plaintiffs, it is reasonably likely that they will continue to commit these actions in line with their

19   current patterns, causing further substantial harm to Plaintiffs.

20                                     60.

21         The tortious actions of Defendants Individuals, acting as individuals and/or in their

22   respective capacities as officers, board members or agents of their respective organizations,

23   Defendants Corporations, and collectively Defendants continue to cause substantial harm to

24   Plaintiffs, and constitute a present risk of injury and harm financially, emotionally and otherwise

25   to Plaintiffs.

26   ///

27

28

COMPLAINT – (DEFAMATION) (FALSE LIGHT INVASION OF PRIVACY)
(INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS) - Page 22

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

Exhibit 1,
Page 22 of 24

61.

Defendants Individuals, acting as individuals and/or in their respective capacities as officers, board members or agents of their respective organizations, Defendants Corporations, and collectively Defendants acted in concert with each other to commit tortious actions against Plaintiff Holt and Plaintiff Try Excellence. The actions and inactions of each Defendant severally played a substantial role in harming the Plaintiffs.

62.

Plaintiff Holt and Plaintiff Try Excellence reserve the right to move this court to allow assertion of claims for punitive damages at a later date on each of the claims contained within this Complaint, based upon the aforementioned wrongdoing of all Defendants Individuals and Defendants Corporations, both collectively and individually.

Wherefore, Plaintiffs request the following relief:

1. Judgment in the amount of $2,000,000.00 in economic damages and $5,000,000.00 in non- economic damages, or an amount to be proven at trial.

2. An Order permanently enjoining Defendants Individuals and Defendants Corporations directly and indirectly, whether as an officer, director, member, agent, or otherwise from engaging in tortious actions constituting defamation, invasion of privacy via false light, and interference with economic relations against Plaintiff Holt and Plaintiff Try Excellence on Plaintiffs Fourth Claim for Relief.

3. An Order granting Plaintiffs the right to move this Court, at a later date, to allow Plaintiffs' assertion of claims for punitive damages on each of the claims contained within this Complaint.

4. Judgement holding each Defendant Individual and Defendant Corporation severally liable for the damages.

5. Judgment for Plaintiff's reasonable attorney fees and costs.

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

1

2        6.   For such other and further relief as the court may deem just and proper.

3   DATED this 7th day of June, 2022.

4                                                   **CAUBLE & WHITTINGTON, LLP**

5

6                                                   */s/Christopher L. Cauble*
                                                    Christopher L. Cauble, OSB No. 962374
7                                                   CAUBLE & WHITTINGTON, LLP
                                                    111 SE Sixth Street
8                                                   Grants Pass, OR 97528
                                                    Tel. 541-476-8825
9                                                   Fax 541-471-1704
                                                    ccauble@thecaublefirm.com
10

11                                                  *Attorney for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Cauble & Whittington, LLP
Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com