Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone: 503.624.6800
Facsimile: 503.624.6888
Attorney for Defendants The Urban League of Portland, Inc., Nkenge Harmon Johnson (erroneously sued as "Nkenge Harmon-Johnson"), Karis Stoudemire-Phillips, Dr. James Mason, and Sean Murray

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| STEVEN HOLT, an individual, and TRY EXCELLENCE, LLC, an Oregon domestic limited liability company,<br><br>             Plaintiffs,<br><br>vs.<br><br>THE URBAN LEAGUE OF PORTLAND, INC., an Oregon domestic non-profit corporation; NKENGE HARMON-JOHNSON, individually and as President and CEO of THE URBAN LEAGE OF PORTLAND, INC.; MICHAEL LEWELLEN, individually and as Board Chairman of THE URBAN LEAGUE OF PORTLAND, INC.; KARIS STOUDAMIRE-PHILLIPS, individually and as a Board Member of THE URBAN LEAGUE OF PORTLAND, INC.; JAMES MASON, individually and as a Board Member of THE URBAN LEAGUE OF PORTLAND, INC.; SEAN MURRAY, individually and as a Board Member of THE URBAN LEAGUE OF PORTLAND, INC.; NATIONAL URBAN LEAGUE, INC., a New York domestic not-for-profit corporation; MARC MORIAL, individually and as | Case No. 3:22-cv-837-YY<br><br>ORDER TO DEPOSIT FUNDS<br>(Interest-Bearing Account) |

President and CEO of NATIONAL URBAN LEAGUE, INC.; and TINA PIZZIMENTI, individually and as the Chief of Staff to CEO Defendant Morial of Defendant NATIONAL URBAN LEAGUE, INC.,

        Defendants.

Pursuant to Federal Rule of Civil Procedure 67, and in accordance with the Motion for Cost Bond filed by defendants The Urban League of Portland, Inc., Nkenge Harmon Johnson (erroneously sued as "Nkenge Harmon-Johnson"), Karis Stoudemire-Phillips, Dr. James Mason, and Sean Murray (hereinafter "the Portland Defendants"), the Clerk of Court is hereby ORDERED to accept a cashier's check or certified check, payable to the Clerk, U.S. District Court, in the amount of $96,682.

IT IS FURTHER ORDERED that these monies be deposited by the Clerk of Court into the Registry of this Court and then, as soon as the business of the Clerk's Office allows, the Clerk of Court shall deposit these funds into the interest-bearing Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

Pursuant to Standing Order No. 2016-11, a CRIS fee for the management of investments in the CRIS and the registry fee for maintaining accounts deposited with the Court shall be deducted from the interest earnings on the funds deposited with the Court.

IT IS FURTHER ORDERED that the sum of money so invested in the interest-bearing CRIS fund shall remain on deposit until further order of this Court at which time the funds, together with interest thereon, shall be retrieved by the Clerk of Court and re-deposited into the non-interest-bearing Registry Fund of the Court for disposition pursuant to further order of the Court.

Page 2 - ORDER TO DEPOSIT FUNDS
(Interest-Bearing Account)

The Clerk of Court, through the Financial Administrator, has pre-approved the form of this order pursuant to Local Rule 67-2.

The Clerk of Court is absolved of any liability by compliance with this Order.

It shall be counsel's responsibility to serve a copy of this order personally to confirm that any action required of the Clerk of Court or her designee by this Order has been performed.

IT IS SO ORDERED.

DATED this 10 day of January, 2025.

*Adrienne Nelson*
Adrienne Nelson
United States District Judge

---

**For Court Use Only**

**APPROVED AS TO FORM:**
Melissa Aubin, Clerk of Court

*Renee McDaniel*
By: Financial Administrator

Page 3 - ORDER TO DEPOSIT FUNDS
(Interest-Bearing Account)

Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204
503.624.6800