IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEVEN HOLT and TRY EXCELLENCE, LLC,<br><br>        Plaintiffs,<br>  v.<br><br>THE URBAN LEAGUE OF PORTLAND, INC., NKENGE HARMON JOHNSON[1], individually and as President and CEO of THE URBAN LEAGUE OF PORTLAND, INC., MICHAEL LEWELLEN, individually and as a Board Member of THE URBAN LEAGUE OF PORTLAND, INC., KARIS STOUDAMIRE-PHILLIPS, individually and as a Board member of THE URBAN LEAGUE OF PORTLAND, INC., JAMES MASON, individually and as a Board Member of THE URBAN LEAGUE OF PORTLAND, INC., and SEAN MURRAY, individually and as a Board Member of THE URBAN LEAGUE OF PORTLAND, INC.,<br><br>        Defendants. | Case No.: 3:22-cv-00837-YY<br><br>ORDER |

**Adrienne Nelson, District Judge**

        United States Magistrate Judge Youlee Yim You issued Findings and Recommendation in this case, ECF [153], on July 9, 2025. Judge You recommended that this Court grant in part and deny in part defendant Urban League of Portland, Inc.'s request for attorney fees in connection with plaintiffs' appeal to the Ninth Circuit. Specifically, Judge You recommended that this Court award Urban League of Portland, Inc. $70,904.00 in fees and costs, consisting of $55,285.50 in recoverable fees for work on the appeal itself, $10,783.50 in recoverable fees for preparing the motion for appellate fees, and $4,835.00 in Westlaw charges. No party has filed objections. The matter is now before this Court pursuant to 28 U.S.C.

---

[1] The Court notes that this name on the docket is incorrectly hyphenated and applies the correct, unhyphenated name in this Order. *See* Findings & Recommendation, ECF [153], at 2 n.1 (citing Defs. The Urban League of Portland, Inc. & Nkenge Harmon Johnson's Special Mot. to Strike, ECF [35], at 15).

§ 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

A district court judge may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If any party files objections to a magistrate judge's proposed findings and recommendations, "the court shall make a de novo determination of those portions of the report." *Id.* No standard of review is prescribed for portions of the report for which no objections are filed, and no review is required in the absence of objections. *Thomas v. Arn*, 474 U.S. 140, 152-54 (1985). A district judge is not, however, precluded from *sua sponte* review of other portions of the report, under a *de novo* standard or otherwise. *Id.* at 154. The Advisory Committee notes to Federal Rule of Civil Procedure 72(b) recommend that unobjected to proposed findings and recommendations be reviewed for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

Because no party in this case has made objections, this Court reviews Judge You's Findings and Recommendation for clear error on the face of the record. Finding no such error, the Court ADOPTS Judge You's Findings and Recommendation, ECF [153]. Defendant Urban League of Portland, Inc.'s Request for Attorney Fees in connection with plaintiff's appeal to the Ninth Circuit, ECF [149], [150], is GRANTED in part and DENIED in part. Defendant Urban League of Portland, Inc. is awarded $70,904.00 in total fees and costs, consisting of $55,285.50 in recoverable fees for work on the appeal itself, $10,783.50 in recoverable fees for preparing the motion for appellate fees, and $4,835.00 in Westlaw charges.

IT IS SO ORDERED.

DATED this 29th day of August, 2025.

*Adrienne Nelson*
Adrienne Nelson
United States District Judge