UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN HOLT, an individual, and TRY EXCELLENCE, LLC, an Oregon domestic limited liability company,<br><br>               Plaintiffs,<br><br>vs.<br><br>THE URBAN LEAGUE OF PORTLAND, INC., NKENGE HARMON-JOHNSON; MICHAEL LEWELLEN.; KARIS STOUDAMIRE-PHILLIPS; JAMES MASON and SEAN MURRAY,<br><br>               Defendants. | Case No. 3:22-cv-00837-YY<br><br><br>**WRIT OF GARNISHMENT** |

TO:    Leslie Goodlow
        77 NE Mason Street
        Portland, OR 97211

**You are now a Garnishee**.

**AS A GARNISHEE, YOU NEED TO KNOW THE FOLLOWING:**

**Steven Holt and Try Excellence LLC** (who are called "Debtors") owe money to **The Urban League of Portland, Inc., Nkenge Harmon-Johnson; Michael Lewellen; Karis Stoudamire-Phillips; James Mason and Sean Murray**, (who are called the "Creditors"). A judgment was entered against the Debtors for the debt, or the debt otherwise became subject to garnishment on **August 29, 2025** as to **Steven Holt and Try Excellence LLC.**

**The amount subject to garnishment is $72,991.22.**

This writ garnishes all of the following:

• Wages that you owe the Debtors at the time this writ is delivered to you, and all wages that the Debtors earn during the 90-day period following the date on which you receive this writ.
• All property of the Debtors (including money) that is in your possession, control, or custody at the time this writ is delivered to you.
• All debts that you owe the Debtors at the time this writ is delivered to you, whether or not payment is due on the debt at the time you receive this writ.

YOU MUST ANSWER THIS WRIT BY COMPLETING THE ATTACHED GARNISHEE RESPONSE WITHIN THE TIME ALLOWED BY LAW, WHETHER OR NOT YOU HOLD ANY OF THE DEBTORS' PROPERTY OR OWE ANYTHING TO THE DEBTORS. IF YOU DO NOT TRUTHFULLY ANSWER THIS WRIT, OR YOU DO NOT DELIVER MONEY OR PROPERTY WHEN YOU ARE REQUIRED TO DO SO, YOU WILL BE LIABLE TO THE CREDITOR.

If you have questions, you should contact an attorney.  Court employees cannot give you legal advice.  The Creditors' attorney cannot give you legal advice.  A writ of garnishment may be issued only by the court administrator, by the attorney for the Creditors, or by a person who is specifically authorized by law to issue garnishments.  This writ is issued by (check one):

|  | The court administrator |
| X | The attorney for the Creditors |
|  | Other authorized issuer: |

       Name and title _____

       Statutory authority to issue writ ORS 18.605

This writ is valid only if it has been delivered to you within 60 days after the date of issuance.  If the court administrator is issuing this writ, the date of issuance is the date the court administrator signs the writ (see UCOURT SEAL· below).  If this writ is issued by any other person, the date of issuance is the date on which the issuer signs the certification (see "CERTIFICATION" below).

**IMPORTANT ADDRESSES**

(see Step 2 of Instructions to Garnishee form)

Court Administrator:
United States District Court
1000 SW 3rd Ave #740,
Portland, OR 97204

Debtors:
Steven Holt
18013 NE 87th Circle
Vancouver, WA  98682

Try Excellence LLC
18013 NE 87th Circle
Vancouver, WA  98682

_____ Creditor has no knowledge of Debtors address

Garnishor (check one):

_____ Creditor:  (Must be filled in if court administrator issues writ.)

Name _____
Telephone number (if known) _____
Street address _____
City _____ State _____ Zip Code _____

____X____    Attorney for Creditors:

/s/Clifford S. Davidson
Name: Clifford S. Davidson, OSB No. 125378
Telephone number: 503.624.6800
Street address: 601 SW 2nd Avenue, Suite 2000
City: Portland State: OR Zip Code: 97204

Name _____
Other authorized issuer of writ: _____
Telephone number: _____
Street address _____
City _____ State _____ Zip Code _____

**CERTIFICATION**

(The following certification must be signed by the Creditor if this writ is issued by the court administrator. In all other cases, the following certification must be signed by the person issuing the writ.)

I certify that I have read this writ of garnishment, and to the best of my knowledge, information, and belief, there is good ground to support issuance of the writ, and the amount indicated as subject to garnishment is lawfully subject to collection by this writ.

/s/Clifford S. Davidson                     May 20, 2026
Clifford S. Davidson, Creditors' Attorney   Date
OSB No. 125378
Oregon State Bar No. (if attorney)

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN HOLT, an individual, and TRY EXCELLENCE, LLC, an Oregon domestic limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>THE URBAN LEAGUE OF PORTLAND, INC., NKENGE HARMON-JOHNSON; MICHAEL LEWELLEN.; KARIS STOUDAMIRE-PHILLIPS; JAMES MASON and SEAN MURRAY,<br><br>Defendants. | Case No. 3:22-cv-00837-YY<br><br>**DEBT CALCULATION** |

**TO DEBTORS:  STEVEN HOLT AND TRY EXCELLENCE, LLC.**

The following amounts have been calculated to be owing from you to the above-named Defendants (Creditor).  The amounts are owed by reason of:

__X__    An Order was entered against you on August 29, 2025 in Case No. 3:22-cv-00837-YY, United States District Court. *See* FRCP 58.

_____    Other debt subject to garnishment under the law (provide details):

_____

THE COURT ADMINISTRATOR HAS NOT CALCULATED ANY AMOUNTS FOR THE PURPOSE OF THIS FORM AND IS NOT LIABLE FOR ERRORS IN THIS FORM OR IN THE WRIT OF GARNISHMENT MADE BY THE CREDITOR OR GARNISHOR.

| | | |
|---|---|---:|
| Original Debt Amount. | $ | $70,904.00 |
| +Pre-adjudication Interest. | $ | 0.00 |
| +Attorney Fees | $ | 0.00 |
| +Attorney Costs | $ | 0.00 |
| +Post-adjudication Interest. | $ | $1,974.72 |
| +Delivery Fees for Writs. | $ | $62.50 |
| +Sheriffs Fees other than Delivery Fees | $ | 0.00 |
| +Other (Financial Institution Search Fee) | $ | 0.00 |
| + Writ Issuance Fees | $ | 40.00 |
| = Subtotal. | $ | **$72,991.22** |
| LESS Payments Made on Debt. | $    - | $ |
| =Total Amount Required to Satisfy Debt in Full. | $ | **$72,991.22** |

NOTE:  INSERTING ITEMS AND AMOUNTS NOT LAWFULLY SUBJECT TO COLLECTION BY GARNISHMENT MAY RESULT IN LIABILITY FOR WRONGFUL EXECUTION.

I certify that I have read this Debt Calculation form and to the best of my knowledge, information and belief the amount shown as owing is correct.

/s/Clifford S. Davidson
Garnishor
Clifford S. Davidson, Creditor's Attorney

OSB No. 125378
Oregon State Bar Number

601 SW 2nd Avenue, Suite 2000
Portland, OR 97204
Address

503.624.6800
Phone Number

May 20, 2026
Date of Calculation